```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Contreras,

                    Plaintiff,

               -against-

Commissioner of Social Security,

                    Defendant.
-----------------------------------------------------------X

**ORDER**

21-CV-00834 (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

The Court has received plaintiff's counsel's motion for reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and a memorandum of law and exhibits in support. (ECF Nos. 31-33.) By **November 8, 2022**, the parties shall either file a stipulation awarding such fees, or Defendant shall file its opposition.

**SO ORDERED.**

Dated:  October 11, 2022
           New York, New York

*Katharine H. Parker*

                                        KATHARINE H. PARKER
                                        United States Magistrate Judge